NO. 07-11-0097-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 MARCH 29, 2011

 ______________________________

 JASON BLAKENEY, APPELLANT

 V.

 JAMES GRIMES, WARDEN, ET AL., APPELLEES

 _________________________________

 FROM THE 47[TH] DISTRICT COURT OF POTTER COUNTY;

 NO. 96,486-A; HONORABLE DAN L. SCHAAP, JUDGE

 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Appellant, Jason Blakeney, an inmate proceeding pro se, filed a notice of appeal from the trial court's judgment in favor of Appellees, James Grimes, Warden, et al. This Court advised Appellant by letter dated March 4, 2011, among other details, that his appeal had been docketed. On March 10, 2011, Appellant filed correspondence with the Clerk of this Court expressing his desire not to "move for appeal" in this case. This Court interprets Appellant's correspondence as a voluntary request to dismiss his appeal. See Tex. R. App. P. 42.1(a)(1). Without passing on the merits of this appeal, we dismiss this appeal.
 Accordingly, this appeal is dismissed.
 Patrick A. Pirtle
 Justice